1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL A. PATTERSON, | Civil No. C05-5329FDB |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that the above-captioned case be remanded to the Commissioner of Social Security for further administrative proceedings, further development of the record, including a new hearing and a new decision.  On remand, the administrative law judge (ALJ) will: 1) further develop the evidence and obtain updated records from Plaintiff's treating sources; 2) re-evaluate the medical opinions and findings of Jongsoo Park, M.D., G. Michael Weise, M.D., Mohammed A. Saeed, M.D., Tabassum Saeed, M.D., and Janice Ploss, M.D., 3) obtain medical expert testimony to help evaluate whether Plaintiff's

Page 1    ORDER - [C05-5329FDB]

musculoskeletal impairment meets or equals a listing; 4) if necessary, further evaluate Plaintiff's residual functional capacity pursuant to Social Security Ruling (SSR) 96-8p; and 5) if necessary, obtain vocational expert testimony to determine whether Plaintiff adjust to other work that exists in significant numbers in the national economy since his past work is precluded by the limitations found by the ALJ.

Plaintiff may present new arguments and evidence. The ALJ may perform further development and conduct further proceedings as necessary.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses and attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a),(d).

DATED this 22nd day of November 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

/s/ *J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-3748
FAX: (206) 615-2531
richard.rodriguez@ssa.gov