UNITED STATES DISTRICT JUDGE FRANKLIN D. BURGESS
MAGISTRATE JUDGE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL A. PATTERSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO.  C05-5329 FDB<br><br>ORDER GRANTING<br>PLAINTIFF'S APPLICATION FOR<br>COSTS AND ATTORNEY FEES |

Pursuant to 28 U.S.C. § 2412 and upon consideration of Plaintiff's Petition for Costs and Fees, it is hereby ORDERED that costs in the amount of $250.00 and attorney fees in the amount of $3,108.00 be awarded to plaintiff.

DATED this 1st day of December 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

TODD R. RENDA, ATTORNEY AT LAW

s/ Todd R. Renda
WSBA# 20779

ORDER GRANTING PLAINTIFF'S PETITION
FOR COSTS AND ATTORNEY FEES

TODD R. RENDA
ATTORNEY AT LAW
6314 19th St. West, Suite 20
Tacoma, Washington  98466-6223
(253) 566-6701
FAX (253) 564-6523

1 | Attorney for plaintiff
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING PLAINTIFF'S PETITION
FOR COSTS AND ATTORNEY FEES

**TODD R. RENDA**
ATTORNEY AT LAW
6314 19th St. West, Suite 20
Tacoma, Washington  98466-6223
(253) 566-6701
FAX (253) 564-6523